IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JENNIFER LEANN E.,**

    **Plaintiff,**

    vs.                                                                        CIV NO. 2:24-cv-01015-KRS

**CAROLYN COLVIN,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER GRANTING FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME

    THIS MATTER having come before the Court upon Plaintiff's first Unopposed Motion for an Extension of Time to File Plaintiff's Motion to Reverse or Remand to Agency (Doc. 9), it being stated that Defendant concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause to grant the motion.

    **IT IS HEREBY ORDERED** that Plaintiff shall file a Motion to Reverse or Remand Agency Decision with Supporting Memorandum no later than **January 27, 2025**. Defendant's response, if any, shall be filed no later than **February 26, 2025**. Plaintiff's reply, if any, shall be filed no later than **March 12, 2025.**

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE