**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**JENNIFER LEANN E.,**

      **Plaintiff,**

    **vs.**                              **CIV NO. 1:24-cv-01015-KRS**

**MICHELLE KING,**
**Acting Commissioner of Social Security,**

      **Defendant.**

**<u>ORDER FOR EXTENSION</u>**

THIS MATTER coming before the Court upon Plaintiff's Second Unopposed Motion for an Extension of Time (the "Motion"), (Doc. 12), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file her Motion to Reverse or Remand to the Agency no later than **February 3, 2025**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **March 5, 2025**. Plaintiff may file a reply, if any, fourteen (14) days, after Defendant files her brief.

Finally, pursuant to Fed. R. Civ. P. 73(b)(2), the parties are reminded that this case has been randomly assigned to United States Magistrate Judge Kevin R. Sweazea as the trial judge in this matter under 28 U.S.C. 636(c). Appeal from a judgment entered by a Magistrate Judge will be to the United States Court of Appeals for the Tenth Circuit. Consent is strictly voluntary, and a party is free to withhold consent without adverse consequences. **Should a party choose to consent, notice should be made no later than 21 days after entry of this Order.** If you have

already entered your consent, you need not resubmit.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE