IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Jennifer L. E.,**

    **Plaintiff,**

    vs.                                                                                                    CIV NO. 2:24-cv-01015-KRS

**LELAND DUDEK,**[1]
*Acting Commissioner of the Social Security Administration*,

    **Defendant.**

### ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Defendant's Unopposed Motion for an Extension of Time (the "Motion"), (Doc. 16), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's Complaint no later than **April 4, 2025**. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

                                                                            KEVIN R. SWEAZEA
                                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).