**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JENNIFER L. E.,**

      **Plaintiff,**

      **v.**                                   **CIV No. 1:24-cv-01015-KRS**

**FRANK BISIGNANO,
Commissioner of the Social Security Administration,**

      **Defendant.**

## JUDGMENT

Having granted Pla Plaintiff Jennifer L. E.'s ("Plaintiff") Opposed Motion to Reverse and Remand to Agency, (Doc. 13), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent**